UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Sharon Ross,<br><br>        Defendant. | Criminal No. 23-082 (NEB/TNL)<br><br>**ORDER STRIKING<br>MOTION HEARING** |

Pursuant to the letter from counsel (ECF No. 27), the criminal motions hearing scheduled for October 2, 2023 at 1:30 p.m., has been **STRICKEN** from this Court's calendar.

Dated:  August 9, 2023           *s/Tony N. Leung*
                                                           TONY N. LEUNG
                                                           United States Magistrate Judge