UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRIAL NOTICE AND
FINAL PRETRIAL ORDER

**USA v Sharon Ross (23-cr-82 NEB/TNL)** has been scheduled for trial before Judge Nancy E. Brasel. Trial and Jury selection will begin **Monday, January 22, 2024, at 9:00 a.m. in Courtroom 13W located in the Diana E. Murphy Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.**

PRETRIAL CONFERENCE

A pretrial conference will be conducted by Judge Brasel **in Courtroom 13W located in the United States Courthouse, Diana E. Murphy Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on Wednesday, January 10, 2024, at 10:00 a.m.** All attorneys who will try the case must attend the hearing, as well as the defendant. The Court may schedule additional pretrial conferences prior to trial to review new COVID-19 protocol and juror questionnaires.

INSTRUCTIONS FOR ALL CASES

1. **Submitting Documents.** All documents must be filed electronically. Two courtesy copies of every document must be delivered to the chambers of Judge Brasel. Judge Brasel prefers those courtesy copies to be three-hole punched and unstapled (and, if warranted, appropriately tabbed). Trial briefs (in MS Word), witness lists, exhibit lists, proposed voir dire (in MS Word), proposed jury instructions (in MS Word), proposed verdict forms (in MS Word), and proposed orders on motions in limine (in MS Word), shall also be e-mailed to chambers e-mail address at: Brasel_chambers@mnd.uscourts.gov.

2. **Trial Briefs.**

a. Trial briefs shall be submitted by **Wednesday, January 3, 2024.**

b. The Government is required to file a trial brief. A trial brief by the defense is optional. Parties may respond to the trial briefs with objections by **Friday, January 5, 2024.**

3. **Exhibits.**

a. By **Wednesday, December 27, 2023**, the parties must exchange lists of the exhibits that they intend to offer at trial and make those exhibits available to the other parties for examination and copying.

b. By **Wednesday, January 3, 2024**, each party must file its exhibit list and provide two courtesy copies to the Court.

c. Plaintiff must mark its first exhibit as "P-1" and number the others sequentially. Defendant must mark its first exhibit as "D-1" and do likewise. The case number must appear on each exhibit.

d. Only exhibits that are identified on the exhibit list may be offered at trial, unless the omission is excused for good cause.

e. Parties shall provide the Court with 1 binder of exhibits on the first day of trial for the Judge.

f. Prior to deliberating, the parties shall provide the Court with final exhibit lists with all the admitted exhibits only. The list will go back to the jury deliberation room to assist in reviewing the exhibits. The final exhibit list may not include contested descriptions of exhibits.

g. All documentary evidence must be converted electronically and displayed from a laptop in the courtroom. Attorneys will place all the admitted evidence onto a thumb drive. A court laptop will be provided to the jurors so they can view all the electronic evidence. There will be a few exceptions where physical evidence is the only option. Paper exhibits are strongly

      discouraged during trial. Each party shall be responsible for placing their own exhibits on a thumb drive.

h.     Within 7 days after the trial, the parties must submit to the Court a disk or thumb drive containing copies of all exhibits that were admitted at trial.

4. **Witness Lists.**

a.     By **Wednesday, December 27, 2023**, the parties must exchange lists of the witnesses whom the parties intend to call at trial, as well as a brief description of the substance of the expected testimony of each witness. No person who is not identified on a party's witness list may testify at trial, unless the omission is excused for good cause.

b.     By **Wednesday, January 3, 2024**, each party must file its witness list (restricted) and provide two courtesy copies to the Court.

5. **Motions in Limine.**

All motions in limine must be filed by **Wednesday, January 3, 2024** and responses to all such motions must be filed by **Friday, January 5, 2024.** The parties must respond to all motions in limine.

6. **Proposed Voir Dire.**

During voir dire, Judge Brasel will handle all the questioning of prospective jurors during the pandemic, however, she will take input from the attorneys. By **Wednesday, January 3, 2024**, the parties must file any questions they wish the Judge to ask prospective jurors.

7. **Proposed Jury Instructions.**

a.     No later than **Wednesday, December 27, 2023**, the parties must exchange proposed jury instructions. The parties must then meet and confer and make every effort to resolve disagreements over those proposed instructions.

    b.    Parties shall submit a set of jointly proposed jury instructions by **Wednesday, January 3, 2024.** A Word version of the proposed instructions must be emailed to Judge Brasel's chambers.

        i.    Each proposed instruction must be numbered, appear on a separate page, and identify supporting legal authority.

        ii.    Any citation to a set of model jury instructions or a jury-instruction treatise must be to the current version of the cited source unless a party has good cause to cite an older version and explains why it is citing the older version.

8. **Proposed Special Verdict Form.** No later than **Wednesday, December 27, 2023**, the parties must exchange proposed special verdict forms. The parties must then meet and confer and make every effort to resolve disagreements over the proposed special verdict form. If the parties reach agreement, the proposed form must be filed by **Wednesday, January 3, 2024**. If they do not reach agreement, the parties must file their own proposed forms by **Wednesday, January 3, 2024.** A Word version of the proposed special verdict form must be emailed to Judge Brasel's chambers.

9. **Daily transcripts.** If any party intends to order daily transcripts of the trial, that party should contact Judge Brasel's court reporter, Renee Rogge (612-664-5107), as soon as possible, so that she can make arrangements for other court reporters to assist her during the trial. Ms. Rogge's email address is Renee_Rogge@mnd.uscourts.gov.

Dated: August 22, 2023                                      s/Nancy E. Brasel
                                                                    Nancy E. Brasel
                                                                    United States District Judge