UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-82 (NEB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **EXTEND TRIAL DEADLINES** |
| | ) | |
| SHARON ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its undersigned attorneys, respectfully moves this Court for its Order extending the deadline for the parties to exchange witness lists, exhibit lists, proposed jury instructions, and proposed verdict form. Defense counsel has no objection to this motion.

Trial is scheduled to begin on January 22, 2024. The Court's scheduling order directed the parties to exchange exhibit lists, witness lists, jury instructions, and proposed verdict form by December 27, 2023. In light of the upcoming holidays, the parties request that these deadlines be extended to January 3, 2024.

Counsel for the government has conferred with defense counsel who does not oppose this motion.

Dated:  December 21, 2023          Respectfully submitted,

ANDREW M. LUGER
United States Attorney

/s/ *Joseph H. Thompson*
BY:  JOSEPH H. THOMPSON
HARRY M. JACOBS
Assistant United States Attorneys