# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON ROSS,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:        23-cr-82 (1) (NEB/TNL)<br>Date:           January 10, 2024<br>Court Reporter: Renee Rogge<br>Courthouse:     Minneapolis<br>Courtroom:      13W<br>Time Commenced: 11:58 a.m.<br>Time Concluded: 12:35 p.m.<br>Time in Court:  37 minutes |

APPEARANCES:
  Plaintiff:   Joseph Thompson and Harry Jacobs, Assistant U.S. Attorneys
  Defendant:   Earl Gray and Amanda Montgomery, CJA Appointed Attorneys

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒ Guilty as to Count 1 and of the Indictment.
☒ The pretrial conference and trial scheduled for this defendant are cancelled.
☒ Presentence Investigation Report Requested.
☒ Defendant is released on bond conditions.


Date: January 10, 2024                                s/Kristine Wegner
                                                     Courtroom Deputy to Judge Nancy E. Brasel