UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-082 (NEB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                       **NOTICE OF WITHDRAWAL**

SHARON ROSS,

      Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

Chelsea A. Walcker

Dated: August 28, 2024                     Respectfully submitted,

                                                ANDREW M. LUGER
                                                United States Attorney

                                                *s/Chelsea A. Walcker*
                             BY:   Chelsea A. Walcker
                                                Assistant U.S. Attorney