Jonathan ?
312 Chippewl
Willernie, M.

CERTIFIED MAIL
7022 2410 0000 08   RDC 99

U.S. POSTAGE PAID
FCM LETTER
WILLERNIE, MN 55090
JAN 24, 2025
55415
$4.85
R2304M110900-04

RECEIVED BY MAIL
JAN 28 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

Sorry — can't scan →

Clerk of Court for the District of Minnesota
202 U.S. Courthouse, 300 South Fourth Street
Minneapolis, MN 55415

SCANNED
JAN 28 2025
U.S. DISTRICT COURT MPLS



SAINT PAUL MN 550

24 JAN 2025 PM 8 L

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016