# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:         23-cr-82 (1) (NEB/DTS) |
| | ) | Date:            February 7, 2025 |
| v. | ) | Courthouse:      Minneapolis |
| | ) | Courtroom:       13W |
| SHARON ROSS, | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 10:00 a.m. |
| Defendant. | ) | Time Concluded:  10:55 a.m. |
| | ) | Time in Court:   55 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:       Joseph Thompson and Matthew Ebert, Assistant U.S. Attorneys
    For Defendant:       Earl Gray and Amanda Montgomery, CJA Appointed Attorneys

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 43 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution due in the amount $2,434,360.00 is due immediately.
☒ Counts 2-10 and 11-12 of the Indictment are dismissed on motion by the Government.
☒ The restricted ECF Nos. 61 and 64 shall remain restricted for 10 years, until 2/7/35.
☒ Defendant is released on the conditions of release. Defendant shall voluntarily surrender to her place of confinement on 3/25/25 by 2:00 p.m. If a designation has not been determined by that date or the defendant prefers she may surrender to the US. Marshal Services in Minneapolis, MN on 3/25/25 by 2:00 p.m.

Date: February 7, 2025

                                        s/Kristine Wegner
                                        Courtroom Deputy to Judge Nancy E. Brasel