UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                                    Case No. 23-cr-82(NEB/TNL)

          Plaintiff,

v.                                                           MOTION TO EXTEND TIME
                                                    FOR SELF SURRENDER

Sharon Ross,

          Defendant.

---

The Defendant, Sharon Ross, through her counsel, hereby moves the Court for an extension of time to self-surrender from March 25, 2025, to August 2025.

The Defendant plead guilty on January 10, 2024. The Defendant was sentenced to 43 months imprisonment on February 7, 2025. The Court ordered that Ms. Ross self-surrender on March 25, 2025.

Ms. Ross needs additional time to get her affairs in order, specifically the following:

1. Getting temporary guardianship transferred to another relative for Ms. Ross' disabled relative that she currently has guardianship over. She has made contact with the guardianship office for Minnesota and is waiting to hear back from them. In addition to the temporary Guardianship, she also needs to transfer responsibilities with his psychiatrist and other medical doctors to make sure that they have all of the updated information once the temporary Guardianship is granted.

2. Finding housing for my husband, mother and mother-in-law. The home was forfeited in this case. In early December 2024 Ms. Ross was contacted regarding an Occupancy Agreement, to set up a home visit, and to discuss options going forward. The visit was then rescheduled

by the government agency due to their illness. The husband of Ms. Ross was later sent certified mail with documents to fill out in relation to the forfeiture and send back to the US Attorney's office, which he did. Nothing has happened since then. The family is in limbo waiting to see if they need to find alternative housing or if they can work out an agreement to stay in the home.

3. Getting social services set up for Ms. Ross' elderly mother and mother-in-law wherever they will be moving, especially if they are in a different county than they are currently.

4. Getting Ms. Ross' medical and psychiatric medications and appointments in order. Due to the viral season, it is difficult to get in at this time.

Dated this 20th day of February, 2025.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
First National Bank Building
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
651-223-5175
