UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 23-82 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO EXTEND THE SELF-SURRENDER DATE** |
| SHARON ROSS, | |
| Defendant. | |

---

The defendant has moved (ECF No. 71) to extend her self-surrender date.

IT IS HEREBY ORDERED that defendant's motion is granted in part as follows:

> Sharon Ross is ordered to self-surrender no later than Thursday, April 24 2025 to her Bureau of Prisons designation by 2:00 p.m. or the U.S. Marshal's Service Office in the Minneapolis Federal Courthouse by 12:00 p.m.

Dated: February 20, 2025

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge