UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHARON ROSS,<br><br>    Defendant. | Case No. 23-cr-82 (NEB/DTS)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Kevin T. Dobie of Liebo, Weingarden, Dobie & Barbee PLLP, shall appear as counsel of record for Third-Party Petitioner TruStone Financial Credit Union in this case.

Dated: March 3, 2025    LIEBO, WEINGARDEN, DOBIE & BARBEE PLLP

              By: /s/Kevin T. Dobie
                Attorney I.D. No. 388322
                4500 Park Glen Road, Suite 300
                Minneapolis, MN 55416
                Phone: 952-925-6888 x 731
                Facsimile: 952-925-5879
                kevin@MinnesotaMortgageLaw.com
                *Attorneys for TruStone Financial Credit Union*