UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 23-82 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER ON SECOND MOTION TO EXTEND THE SELF-SURRENDER DATE** |
| SHARON ROSS, | |
| Defendant. | |

Defendant has moved (ECF No. 75) to extend her self-surrender date. Defendant was sentenced to 43 months imprisonment on February 7, 2025. At the sentencing Defendant requested 30 days to get her affairs in order prior to self-surrendering. The Court provided a few extra weeks, and ordered Defendant to self-surrender in six weeks. Defendant then requested to extend her self-surrender date from March 25, 2025 to August 2025 to assist with family responsibilities. (ECF No. 71.) The Court granted the motion in part, and extended the self-surrender date another 30 days to April 24, 2025. (ECF No. 72.)

On April 2, 2025 Defendant filed a second motion to extend the time for self-surrender based on the passing of her father on March 8, 2025, family issues and her family financial affairs. While the Court is sympathetic Defendant's unexpected loss and family issues, the Court DENIES Defendant's second request to extend her self-surrender date.

IT IS HEREBY ORDERED that:

> Sharon Ross is ordered to self-surrender no later than Thursday, April 24 2025 to her Bureau of Prisons designation by 2:00 p.m. or the U.S. Marshal's Service Office in the Minneapolis Federal Courthouse by 12:00 p.m.

Dated: April 3, 2025             s/Nancy E. Brasel
                                                                              Nancy E. Brasel
                                                                            United States District Court Judge