# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-85 (NEB/TNL)

MOHAMED JAMA ISMAIL,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-124 (NEB/DTS)

ABDIAZIZ SHAFII FARAH, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff,

v.               22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

    Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.     22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.     22-CR-236 (NEB)

HANNA MARAKEGN,

          Defendant.

UNITED STATES OF AMERICA,

          Plaintiff,

v.     22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

          Defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-238 (NEB) |
| HADITH YUSUF AHMED, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-277 (NEB/DTS) |
| MEKFIRA HUSSEIN, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-293 (NEB/DTS) |
| MOHAMED MUSE NOOR, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 23-CR-80 (NEB/DTS) |
| AYAN FARAH ABUKAR, | |
| Defendants. | |

UNITED STATES OF AMERICA,

        Plaintiff,

v.   23-CR-81 (NEB/DTS)

SADE OSMAN HASHI,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.   23-CR-82 (NEB/DTS)

SHARON ROSS,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.   23-CR-91 (NEB/DTS)

MOHAMED ALI HUSSEIN, ET AL,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.   23-CR-92 (NEB)

MULATA YUSUF ALI,

        Defendant.

UNITED STATES OF AMERICA,

       Plaintiff,

v.              24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

       Defendants.

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.              24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

       Defendants.

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.              24-CR-24 (NEB)

HODA ALI ABDI,

       Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           25-CR-214 (NEB/DTS)

HIBO DAAR,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           25-CR-297 (ADM)

HUSSEIN MOHAMED FARAH,

                Defendant.

# ORDER OF DIRECTION TO THE CLERK OF COURT
# FOR REASSIGNMENT OF RELATED CASE

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, 25-CR-214 and 25-CR-226 having been assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz and Case No. 25-CR-297 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CR-297 be assigned to Judge Nancy E. Brasel *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: August 6, 2025               s/Nancy E. Brasel
                                    NANCY E. BRASEL
                                    United States District Judge


DATED: August 11, 2025              s/Ann D. Montgomery
                                    ANN D. MONTGOMERY
                                    United States District Judge