UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-82 (NEB/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                  **NOTICE OF WITHDRAWAL**

SHARON ROSS,

      Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

Matthew S. Ebert

Dated: August 29, 2025                Respectfully submitted,

                                          JOSEPH H. THOMPSON
                                          Acting United States Attorney

                                          *s/Matthew S. Ebert*
                           BY:  MATTHEW S. EBERT
                                          Assistant U.S. Attorney