UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  22-CR-85 (NEB/TNL)

MOHAMED JAMA ISMAIL,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  22-CR-124 (NEB/DTS)

ABDIAZIZ SHAFII FARAH, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                      22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                      22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                                                     22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

                Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                         22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       22-CR-236 (NEB)

HANNA MARAKEGN,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  22-CR-238 (NEB)

HADITH YUSUF AHMED,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  22-CR-277 (NEB/DTS)

MEKFIRA HUSSEIN, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  22-CR-293 (NEB/DTS)

MOHAMED MUSE NOOR,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  23-CR-80 (NEB/DTS)

AYAN FARAH ABUKAR,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                            23-CR-81 (NEB/DTS)

SADE OSMAN HASHI,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           23-CR-82 (NEB/DTS)

SHARON ROSS,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           23-CR-91 (NEB/DTS)

MOHAMED ALI HUSSEIN, ET AL,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           23-CR-92 (NEB)

MULATA YUSUF ALI,

        Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                     24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                     24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                   24-CR-24 (NEB)

HODA ALI ABDI,

                Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                          25-CR-214 (NEB/DTS)

HIBO DAAR,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                          25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                          25-CR-297 (NEB)

HUSSEIN MOHAMED FARAH,

                Defendant.

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                 25-CR-331 (JMB/DTS)

AHMEDNAJI MAALIM AFTIN SHEIKH,

                  Defendant.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                                 25-CR-334 (ADM/ECW)

MUNA WAIS FIDHIN,

                  Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

---

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, 25-CR-214, 25-CR-226 and 25-297 having been assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz and Case Nos. 25-CR-331 and 25-CR-334 having

later been assigned to Judge Jeffrey M. Bryan and Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 25-CR-331 and 25-CR-334 be assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: September 8, 2025
s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge

DATED: September 11, 2025
s/Jeffrey M. Bryan
JEFFREY M. BRYAN
United States District Judge

DATED: September 10, 2025
s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge