UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-082 (NEB/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **NOTICE OF APPEARANCE**

SHARON DENISE ROSS,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Katharine T. Buzicky

Dated: September 15, 2025                Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

*s/<u>Katharine T. Buzicky</u>*
BY:   Katharine T. Buzicky
Assistant U.S. Attorney