UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.23-82 NEB

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **CERTIFICATE OF SERVICE**

SHARON ROSS,

    Defendant.

I hereby certify that on October 1, 2025, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE & LETTER TO JUDGE BRASEL**

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

US Probation Office
Probation Officer in care of Nkajlo Vangh
300 S. 4th Street, Ste 406
Minneapolis, MN 55415

Dated: October 1, 2025        Respectfully Submitted,

        JOSEPH H. THOMPSON
        Acting United States Attorney

        *s/ Doua H. Yang*
        BY: DOUA H. YANG

1

Paralegal Specialist