UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.23-82 NEB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON ROSS,<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 1, 2025, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE & LETTER TO JUDGE BRASEL**

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

**Sharon Ross**
Reg. No. 50599-510
FCI Waseca - Unit A
P.O. Box 1731
Waseca, MN 58093

Dated:  October 1, 2025                                   Respectfully Submitted,

                                                                          JOSEPH H. THOMPSON
                                                                          Acting United States Attorney

                                                                          *s/ Doua H. Yang*
                                                                          BY:  DOUA H. YANG

1

Paralegal Specialist