# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-82 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER |
| SHARON ROSS, | |
| Defendant. | |

Defendant has filed a Motion to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255. (ECF No. 94.)

IT IS HEREBY ORDERED that the United States shall respond on or before December 1, 2025 to the Motion to Vacate Under 28 U.S.C. § 2255. The Defendant may reply on or before January 12, 2026.

Dated: October 17, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge