# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                22-CR-85 (NEB/TNL)

MOHAMED JAMA ISMAIL,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                22-CR-124 (NEB/DTS)

ABDIAZIZ SHAFII FARAH, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                22-CR-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      22-CR-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      22-CR-236 (NEB)

HANNA MARAKEGN,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

        Defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-238 (NEB) |
| HADITH YUSUF AHMED, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-277 (NEB/DTS) |
| MEKFIRA HUSSEIN, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 22-CR-293 (NEB/DTS) |
| MOHAMED MUSE NOOR, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 23-CR-80 (NEB/DTS) |
| AYAN FARAH ABUKAR, | |
| Defendants. | |

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                            23-CR-81 (NEB/DTS)

SADE OSMAN HASHI,

           Defendant.

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                            23-CR-82 (NEB/DTS)

SHARON ROSS,

           Defendant.

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                            23-CR-91 (NEB/DTS)

MOHAMED ALI HUSSEIN, ET AL,

           Defendants.

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                            23-CR-92 (NEB)

MULATA YUSUF ALI,

           Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                  24-CR-13 (NEB/DTS)

SAID EREG, ET AL.

                Defendants.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                  24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.

                Defendants.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                  24-CR-24 (NEB)

HODA ALI ABDI,

                Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                          25-CR-214 (NEB/DTS)

HIBO SAHAH DAAR,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                          25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                                          25-CR-297 (NEB)

HUSSEIN MOHAMED FARAH,

                Defendant.

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                            25-CR-331 (NEB/DTS)

AHMEDNAJI MAALIM AFTIN SHEIKH,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                            25-CR-334 (NEB/DTS)

MUNA WAIS FIDHIN,

                Defendant.

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                            25-CR-440 (NEB/DTS)

OUSMAN CAMARA,

                Defendant.

CASE 0:23-cr-00082-NEB-DTS   Doc. 100   Filed 11/26/25   Page 8 of 10

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                          25-CR-447 (MJD/LIB)

ABDIRASHID BIXI DOOL,

            Defendant.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91, 23-CR-92, 24-CR-13, 24-CR-15, 24-CR-24, 25-CR-214, 25-CR-226, 25-297, 25-331, 25-334 and 25-CR-440, having been assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz and Case No. 25-CR-447 having later been assigned to Judge Michael J. Davis and Magistrate Judge Leo I. Brisbois and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CR-447 be assigned to Judge Nancy E. Brasel and Magistrate Judge David T. Schultz *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: November 25, 2025

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge

DATED: November 26, 2025

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge