UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-82 NEB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                               **CERTIFICATE OF SERVICE**

SHARON ROSS,

      Defendant.

I hereby certify that on February 4, 2026, I served, or caused to be served, the following documents:

**RESPONSE IN OPPOSITION**

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

**Sharon Ross**
**Reg. No. 50599-510**
**FCI Waseca - Unit A**
**P.O. Box 1731**
**Waseca, MN 58093**

Dated: February 4, 2026

                                Respectfully Submitted,

                                DANIEL N. ROSEN
                                United States Attorney

                                *s/Doua H. Yang*
          BY:   DOUA H. YANG
                                Paralegal Specialist