

Name Sharon Ross
Reg# 50599-510    Unit Alpha
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED BY MAIL

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

⬌50599-510⬌
Us Dist Court
Judge Nancy Brasel
300 S 4TH ST
Room 202
Minneapolis, MN 55415
United States



SCANNED

MAR 0 2 2026

U.S. DISTRICT COURT MPLS