TRULINCS  50599510 - ROSS, SHARON DENISE - Unit: WAS-A-A

RECEIVED BY MAIL

--------------------------------------------------------------------------------

APR 16 2026

FROM: 50599510
TO:
SUBJECT: FRP Payment
DATE: 04/12/2026 08:11:19 AM

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

April 12, 2026

Dear Judge Brasel:

I am writing in regards to the FRP payment that FCI-Waseca is requesting that I pay quarterly for my restitution payment.  When I first came here my FRP payment was $25 per quarter, which I was able to pay from the payroll that I earned while working here.

During my last team meeting with my case manager, she informed me that due to the fact that my family sends me money for commissary and video visits, my FRP payment will increase to $500 per quarter, which is totally unaffordable for me to pay based on the low wages that I receive here at FCI-Waseca.  My case manager informed me that because I receive money from my family, that money should be used to pay my FRP payment and therefore, she increased my payment significantly.

The money that my family sends to me is to ensure that I am able to purchase healthier foods on the commissary, like tuna, salmon, almonds, etc.. in addition to hygiene products that I need.  I am a Type 2 diabetic and the food that is served here at FCI-Waseca contains a lot of carbs and I try to steer clear of the carbs so that my A1C doesn't increase while I am here.  I take insulin once a week and diabetic, high blood pressure and cholesterol medication daily and therefore, I try to eat as healthy as I possibly can while incarcerated.

Furthermore, I don't feel that it is my family's obligation to pay my restitution payment, and therefore, I am requesting that an order be placed with FCI-Waseca that I am not to make restitution until after I am released from prison.

My case manager told me that if I don't pay the FRP payment quarterly, that would place me in FRP refusal and then my First Step Act and Second Chance Act would be stopped, and I don't want that to happen just because I am unable to make a $500 quarterly payment.  My goal is to get home as soon as possible, so I can take care of myself and my family.  I am the Town Driver for the prison and make about .79 an hour and therefore, to save $500 a quarter will be nearly impossible, without asking for more money from my family, who is currently struggling financially.

Thank you in advance for your consideration and I look forward to your response.

Appreciatively,

Sharon Ross

SCANNED
APR 16 2026
U.S. DISTRICT COURT MPLS