Name Sharon Ross
Reg# 50599-510  Unit Alpha
**Federal Correctional Institution**
P.O. Box 1731
Waseca, MN 56093

SAINT PAUL MN  550

14 APR 2026  PM 5  L



⇔50599-510⇔
Us Dist Court
Judge Nancy Brasel
300 S 4TH ST
Room 202
Minneapolis, MN 55415
United States

RECEIVED BY MAIL

APR 1 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED

APR 1 6 2026

U.S. DISTRICT COURT MPLS

55415-226352