# UNITED STATES DISTRICT COURT
**District of Minnesota**



**CHAMBERS OF**
**NANCY E. BRASEL**
**U.S. DISTRICT JUDGE**
**300 S. 4TH STREET, SUITE 13W**
**MINNEAPOLIS, MINNESOTA 55415**
**(612) 664-5050**

June 1, 2026

Re:    Letter regarding restitution obligation
        Case No. 23-cr-82 (NEB/DTS)

Dear Ms. Ross,

The Court has received your letter regarding your request to decrease or remove the restitution payment obligation while you are incarcerated so that the money sent to you by your family for food, video calls and other commissary items is not then paid towards your quarterly restitution payment. The Bureau of Prisons does not create multiple monetary accounts for inmates. Unfortunately, the money you make at your job in FCI-Waseca will get placed in the same account as the gifted money from your family. That account is reviewed quarterly and in turn sets the amount owed towards restitution while incarcerated.

The Court declines to amend the sentencing judgment to decrease the amount owed while incarcerated. As a reminder, the total amount owed in restitution due is $2,434.360. I suggest that you meet with your case manager to determine how to manage your account or revisit the programs you are signed up for to balance your personal needs and restitution obligations.

Sincerely,

*Nancy E. Brasel*

Nancy E. Brasel
United States District Judge