**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,                    Case No. 23-CR-82 (NEB/DTS)

       Plaintiff,

v.                                                                    ORDER

SHARON ROSS,

       Defendant.

Defendant has filed a pro se MOTION to Vacate under 28 U.S.C. 2255 which requires an evidentiary hearing. (ECF No. 94) The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that CJA counsel be appointed to represent the defendant pursuant to 18 U.S.C. § 3006A.

Dated: June 18, 2026                              BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge