.          **UNITED STATES DISTRICT COURT**
           **DISTRICT OF MINNESOTA**
           **Criminal No. 23-82 (NEB/KTS)**

_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SHARON DENISE ROSS,

                Defendant.

_____

Sharon Denise Ross, by and through undersigned counsel, requests a continuance of the

evidentiary hearing scheduled for her Motion to Vacate under 28 U.S.C. 2255 on July 8, 2026.

Undersigned counsel, recently appointed, requires further time to investigate and obtain evidence

as required to adequately represent the Defendant. (Doc. 122).

Dated: June 30, 2026

Respectfully submitted,
_/s/ Michael C. Hager_
Michael C. Hager, MN Atty # 172662
Attorney for Defendant
P.O Box 580062
Minneapolis, MN 55458
(612) 220-3715