# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

                              Plaintiff,

v.

Sharon Ross,

                              Defendant.

**JUDGMENT IN A CRIMINAL CASE**

Case No. 23-cr-82 NEB/DTS
            25-cv-3985 NEB

---

☒      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1.      Ross's Motion to Vacate her sentence under 28 U.S.C. Section 2255 (ECF No. 94) is DENIED; and

2.      A certificate of appealability shall not issue.


Date: August 7, 2026                     Kate M. Fogarty, Clerk